UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>PARKER DESIGN & CONSTRUCTION, INC., an Arizona corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. LA CV16-06772 JAK(JCx)<br><br>**JUDGMENT**<br><br>JS-6 |

This case came for hearing on January 23, 2017 before the Honorable John A. Kronstadt, United States District Court Judge.

Pursuant to the Court's Order granting Plaintiff's Motion for the Entry of Default Judgment [Dkt. 16], IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment against PARKER DESIGN & CONSTRUCTION, INC., an Arizona corporation, as follows:

For an order compelling submission to an audit of their business records for the period April 1, 2009 to the present and allowing the auditors to examine and copy the following books, records, papers, documents and reports: all job cost records, general check register and check stubs, bank statements and canceled checks, general ledgers, worker compensation insurance reports, financial statements, cash disbursements ledgers, corporate income tax returns, employee time cards, payroll journals, individual earnings records of all employees, forms W-2, 1099 and 1096 submitted to the U.S. Government, quarterly state tax returns, health and welfare and pension report for all other trades, cash

1 | receipts' journal, copies of all contracts and all material invoices.
2 |     IT IS FURTHER ORDERED that DEFENDANTS shall pay attorney's fees in the
3 | amount of $720.00 and costs pursuant to the Bill of Costs.

DATED: January 25, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE